# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Yesenia Diaz

                  Plaintiff,

v.                                           Case No.: 1:21−cv−05209

                                                     Honorable Charles P. Kocoras

Ed Miniat LLC, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 5, 2022:

      MINUTE entry before the Honorable Charles P. Kocoras: Telephonic status hearing held. Parties report to the Court that case is settled. This case is dismissed without prejudice to convert to a dismissal with prejudice on 5/5/2022 without further order of court. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.